ANDREW SPADA ET AL., PARTNERS, ETC., RESPONDENTS, v. THE PENNSYLVANIA RAILROAD COMPANY, APPELLANT.

Submitted December 11, 1916—Decided March 5, 1917.

On appeal from the Hudson County Circuit Court.

For the appellant, *Vredenburgh, Wall & Carey (John A. Hartpence* on the brief).

For the respondents, *Queen & Stout.*

PER CURIAM.

The questions raised on this appeal are determined, in effect, by the principles laid down by this court in *Carr* v. *Pennsylvania Railroad Co.,* 88 *N. J. L.* 235.

The judgment below will be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ.    14.

*For reversal*—None.